B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

IN RE:            Case No. **11-04770-JKC-11**

**DonMar Equities LLC**            Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $ 748,500.00 | | |
| B - Personal Property | Yes | 3 | $ 4,400.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 134,736.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 13 | $ 752,900.00 | $ 134,736.13 | |

B6A (Official Form 6A) (12/07)

IN RE DonMar Equities LLC  
           Debtor(s)

Case No. **11-04770-JKC-11**  
(If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1001 EAST CLINTON STREET<br>FRANKFORT INDIANA 46041<br>4 unit blding with 6 bedrooms, 4 bathrooms partial bsment<br>PARCEL NO. 016-08526-60<br>value based on tax assessment | | | 58,600.00 | 11,608.42 |
| 1007 CENTRAL AVENUE<br>FRANKFORT INDIANA 46041<br>metal working shop with 1 bathroom<br>PARCEL NO. 016-05076-00<br>value based on tax assessment | | | 34,900.00 | 6,770.14 |
| 252 NORTH MAIN STREET<br>FRANKFORT INDIANA 46041<br>8 offices with storage area and 2 bathrooms<br>(two parcels)<br>PARCEL NO. 016-07191-00 AND 016-07192-00<br>value based on tax assessment | | | 86,700.00 | 18,422.98 |
| 307 S JACKSON STREET<br>FRANKFORT INDIANA 46041<br>5 bedrooms<br>PARCEL NO. 016-08166-00<br>value based on tax assessment | | | 86,400.00 | 17,556.70 |
| 359 SOUTH MAIN STREET<br>FRANKFORT INDIANA 46041<br>8 unit bldg with 8 bedrooms/bathrooms with a bsment<br>PARCEL NO. 016-192238-00<br>value based on tax assessment | | | 84,600.00 | 16,838.87 |
| 407 WEST BOONE STREET<br>FRANKFORT INDIANA 46041<br>vacant lot<br>PARCEL NO. 016-20245-00 | | | 6,000.00 | 1,093.98 |
| 407, 409 AND 409 1/2 WASHINGTON AVE<br>FRANKFORT INDIANA 46041<br>3 units with 3 bedrooms, 3 bathrooms w/ 8x8 bsment<br>PARCEL NO. 016-18044-00<br>value based on tax assessment | | | 54,900.00 | 9,358.54 |
| 409 WEST BOONE STREET<br>FRANKFORT INDIANA 46041<br>vacant - unliveable<br>PARCEL NO. 016-18045-00 | | | 8,600.00 | 1,584.78 |
| | | TOTAL | 748,500.00 | |

(Report also on Summary of Schedules)

IN RE DonMar Equities LLC      Case No. 11-04770-JKC-11
         Debtor(s)                                  (If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| value based on tax assessment | | | | |
| 451 S JACKSON STREET<br>FRANKFORT INDIANA 46041<br>5 units with 5 bedrooms, 5 bathrooms w/bsment<br>PARCEL NO. 016-19203-71<br>value based on tax assessment | | | 66,300.00 | 15,668.96 |
| 455 EAST WASHINGTON STREET<br>FRANKFORT INDIANA 46041<br>vacant - unliveable<br>PARCEL NO. 016-19215-00<br>value based on tax assessment | | | 11,900.00 | 1,732.12 |
| 52-54 S EAST STREET<br>FRANKFORT INDIANA 46041<br>2 units with 3 bedrooms, 2 bathrooms and no bsment<br>PARCEL NO. 016-12105-00<br>value based on tax assessment | | | 32,000.00 | 5,231.72 |
| 608 WEST SULLIVAN ST.<br>FRANKFORT INDIANA 46041<br>2 bedrooms, 1 bathroom w/o bsment<br>PARCEL NO. 016-23146-10<br>value based on tax assessment | | | 32,600.00 | 0.00 |
| 609 WEST WALNUT STREET<br>FRANKFORT INDIANA 46041<br>3 units 3 bedrooms, 3 bathrooms w/o bsment<br>PARCEL NO. 016-08526-48<br>value based on tax assessment | | | 30,600.00 | 5,590.10 |
| 8 SOUTH EAST STREET<br>FRANKFORT INDIANA 46041<br>2 bedrooms, 1 bathroom with bsment<br>PARCEL NO. 016-02122-00 | | | 46,600.00 | 6,553.92 |
| 957 SOUTH 3RD ST<br>FRANKFORT INDIANA 46041<br>PARCEL NO. 016-23152-00<br>value based on tax assessment | | | 53,700.00 | 10,488.26 |
| COUNTY ROAD 380 EAST<br>FRANKFORT INDIANA 46041<br>warehouse storage only<br>PARCEL NO.001-01007-00, 001-01009-00, 001-01010-00<br>(parcel 1) $8,100, 2) $8,200, 3) $37,800 = $54,100.0 | | | 54,100.00 | 6,236.64 |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE DonMar Equities LLC                                                                 Case No. 11-04770-JKC-11
                           Debtor(s)                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | HOME NATIONAL BANK - business checking account | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Appliances for rental properties | | 4,400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE DonMar Equities LLC _____  Case No. 11-04770-JKC-11
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | No vehicles registered or owned by DonMar Equities | | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE DonMar Equities LLC _____   Case No. **11-04770-JKC-11** _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **4,400.00** |

___0___ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

IN RE **DonMar Equities LLC** _____   Case No. **11-04770-JKC-11** _____
                                              Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

\* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **DonMar Equities LLC** _____   Case No. **11-04770-JKC-11** _____
                            Debtor(s)                                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1001 E CLINTON ST** <br> CLINTON COUNTY TREASURER <br> 220 COURTHOUSE SQ <br> FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes <br><br> VALUE $ **58,600.00** | | | | 11,608.42 | |
| ACCOUNT NO. **1007 CENTRAL AVE** <br> CLINTON COUNTY TREASURER <br> 220 COURTHOUSE SQ <br> FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes <br><br> VALUE $ **34,900.00** | | | | 6,770.14 | |
| ACCOUNT NO. **252 N MAIN STREET** <br> CLINTON COUNTY TREASURER <br> 220 COURTHOUSE SQ <br> FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes <br><br> VALUE $ **86,700.00** | | | | 18,422.98 | |
| ACCOUNT NO. **307 S JACKSON ST** <br> CLINTON COUNTY TREASURER <br> 220 COURTHOUSE SQ <br> FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes <br><br> VALUE $ **86,400.00** | | | | 17,556.70 | |

___**2**___ continuation sheets attached

Subtotal (Total of this page)  $ **54,358.24**  $

Total (Use only on last page)  $  $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **DonMar Equities LLC**     Case No. **11-04770-JKC-11**

Debtor(s)     (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **359 SOUTH MAIN ST** <br> CLINTON COUNTY TREASURER <br> 220 COURTHOUSE SQ <br> FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes <br><br> VALUE $ **84,600.00** | | | | 16,838.87 | |
| ACCOUNT NO. **407,409, 409.5 WASH AVE** <br> CLINTON COUNTY TREASURER <br> 220 COURTHOUSE SQ <br> FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes <br><br> VALUE $ **54,900.00** | | | | 9,358.54 | |
| ACCOUNT NO. **409 W BOONE STREET** <br> CLINTON COUNTY TREASURER <br> 220 COURTHOUSE SQ <br> FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes <br><br> VALUE $ **8,600.00** | | | | 1,584.78 | |
| ACCOUNT NO. **451 S JACKSON ST** <br> CLINTON COUNTY TREASURER <br> 220 COURTHOUSE SQ <br> FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes <br><br> VALUE $ **66,300.00** | | | | 15,668.96 | |
| ACCOUNT NO. **455 E WASHINGTON ST** <br> CLINTON COUNTY TREASURER <br> 220 COURTHOUSE SQ <br> FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes <br><br> VALUE $ **11,900.00** | | | | 1,732.12 | |
| ACCOUNT NO. **52 - 54 S EAST ST** <br> CLINTON COUNTY TREASURER <br> 220 COURTHOUSE SQ <br> FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes <br><br> VALUE $ **32,000.00** | | | | 5,231.72 | |

Sheet no. _**1**_ of _**2**_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **50,414.99** $

Total (Use only on last page) $    $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **DonMar Equities LLC**                              Case No. **11-04770-JKC-11**
                     Debtor(s)                                            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **609 W WALNUT ST**<br>CLINTON COUNTY TREASURER<br>220 COURTHOUSE SQ<br>FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes<br><br>VALUE $ **30,600.00** | | | | 5,590.10 | |
| ACCOUNT NO. **8 SOUTH EAST ST**<br>CLINTON COUNTY TREASURER<br>220 COURTHOUSE SQ<br>FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes<br><br>VALUE $ **46,600.00** | | | | 6,553.92 | |
| ACCOUNT NO. **957 SOUTH 3RD ST**<br>CLINTON COUNTY TREASURER<br>220 COURTHOUSE SQ<br>FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes<br><br>VALUE $ **53,700.00** | | | | 10,488.26 | |
| ACCOUNT NO. **COUNTY RD 380 EAST**<br>CLINTON COUNTY TREASURER<br>220 COURTHOUSE SQ<br>FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes<br><br>VALUE $ **54,100.00** | | | | 6,236.64 | |
| ACCOUNT NO. **407 W BOONE ST**<br>CLINTON COUNTY TREASURER<br>220 COURTHOUSE SQ<br>FRANKFORT, IN 46041 | | | 2008 - 2010 - real estate taxes<br><br>VALUE $ **6,000.00** | | | | 1,093.98 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **29,962.90** $

Total (Use only on last page) $ **134,736.13** $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE DonMar Equities LLC _____ Case No. 11-04770-JKC-11 _____
                                      Debtor(s)                                                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___0___ continuation sheets attached

IN RE **DonMar Equities LLC** _____ Case No. **11-04770-JKC-11** _____
Debtor(s) (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE <u>DonMar Equities LLC</u>_____   Case No. <u>11-04770-JKC-11</u>_____
                          Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **DonMar Equities LLC** _____ Case No. **11-04770-JKC-11** _____
　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date: _____ Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)
　　　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer　　　　Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

Address

Signature of Bankruptcy Petition Preparer　　　　　　　　　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **DonMar Equities LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**14**___ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____[signature]_____

　　　　　　　　　　　　　　　　　　**Don Rapp**
　　　　　　　　　　　　　　　　　　(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571._